UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-00045-SMM

FILED BY ___MB___ D.C.
Apr 18, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES OF AMERICA,

v.

ANTHONY ROSARIO,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

                                              Respectfully submitted,

                                              HAYDEN P. O'BYRNE
                                              UNITED STATES ATTORNEY

By:   */s/ Justin Hoover*
        JUSTIN L. HOOVER
        Assistant United States Attorney
        Court ID No.: A5502493
        101 S. US Hwy 1, Suite 3100
        Fort Pierce, Florida 34950
        Tel: (772) 466-0899
        Justin.Hoover@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint                                                              AUSA Justin L. Hoover

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ANTHONY ROSARIO,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 25-MJ-00045-SMM<br>)<br>)<br>)<br>) |

FILED BY ___MB___ D.C.
Apr 18, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 13, 2025  in the county of  Martin  in the
Southern  District of  Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Attempted Re-entry After Removal. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Sean McCarthy, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: April 18, 2025

*Judge's signature*

City and state:  Fort Pierce, Florida    Shaniek Mills Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sean McCarthy, after being duly sworn, depose and state:

1. I am a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), currently assigned to the Ft. Pierce, Florida office. I have an Associate in Science degree from Tallahassee Community College. In 2014, I joined U.S. Customs and Border Protection as an Officer with the Office of Field Operations in Blaine, Washington. In 2018, I joined HSI as a Special Agent. I am a law enforcement officer of the United States and am empowered by law to conduct criminal investigations, make arrests, and serve search and arrest warrants. As a Special Agent with HSI, I investigate criminal violations of United States law, including import and export violations, controlled substance law violations, crimes relating to the sexual exploitation of children, money laundering violations, investigations involving human smuggling, drug smuggling and their related criminal activity and have become familiar with the methods and schemes employed by individuals who smuggle persons, merchandise and narcotics into the United States.

2. The facts set forth in this affidavit are based on my personal knowledge, information obtained from others, including other law enforcement officers, my review of evidence. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included each and every fact known to me and law enforcement, rather, I have included only those facts necessary to establish probable cause to believe that, on or about April 13, 2025, defendant Anthony ROSARIO, an alien who has been previously removed from the United States, attempted to re-enter the United States in violation of Title 8, United States Code 1326(a) and (b)(2).

## PROBABLE CAUSE

3. On April 13, 2025, a search and rescue was initiated, after a good Samaritan reported a capsized vessel approximately 22 miles off the coast of the Stuart, Martin County, Florida inlet. Search and rescue efforts conducted by United States Coast Guard (USCG), Air and Marine Operations (AMO) and Martin County Sheriff's Office marine patrol, located four individuals on an overturned vessel. One of the individuals recovered was Anthony ROSARIO, a citizen and national of the Dominican Republic. All four individuals were air lifted to Witham Field Airport in Stuart, Martin County, Florida, and transported to Cleveland Clinic Martin South Hospital for treatment.

4. During the search of law enforcement databases, it was discovered that ROSARIO a citizen and national of the Dominican Republic, was convicted in Lancaster, Pennsylvania, on or about March 3, 2014, of robbery, conspiracy and burglary. On or about February 2, 2020, after ROSARIO's criminal case concluded, he was arrested by Immigration and Customs Enforcement. On March 17, 2020, ROSARIO was removed to the Dominican Republic.

5. After a search of DHS records, no record was found to exist indicating that ROSARIO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States, as required by law.

6. On April 14, 2025, I interviewed ROSARIO post-<u>Miranda</u>. ROSARIO admitted that he was a citizen and national of the Dominican Republic, that he had previously been removed from the United States, that he was trying to re-enter the United States, and that he had not requested or received permission from the United States to do so.

7. Based on the foregoing, on or about April 13, 2025, Anthony ROSARIO committed the offense of attempting to reenter the United States after removal, in violation of Title 8, United States Code, Section 1326(a) & (b)(2).

Sean McCarthy
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me, by videoconference, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, in Fort Pierce, Florida, this __18th__ day of __April__, 2025.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE